IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENEE V. COCOLETZI,

     Plaintiff,                 No. CIV S-07-1560 MCE EFB P

     vs.

SAN JOAQUIN COUNTY JAIL,

     Defendant.          <u>ORDER</u>

                             /

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

      Section 1915(a)(2) provides that "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." The trust account statement that plaintiff submitted is not certified.

/////

/////

Accordingly, plaintiff has 30 days from the date this order is served to submit a certified copy of his trust account statement or the institutional equivalent. Failure to comply with this order will result in a recommendation that this action be dismissed. The Clerk of the Court is directed to send to plaintiff the form application to proceed *in forma pauperis* used in this court.

So ordered.

DATED: September 28, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE