1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RENEE V. COCLETZI,

11           Plaintiff,                    No. CIV S-07-1560 MCE EFB P

12       vs.

13   SAN JOAQUIN COUNTY JAIL,

14           Defendant.                FINDINGS AND RECOMMENDATIONS

                                       /

15

16       Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42

17   U.S.C. § 1983.  On August 1, 2007, plaintiff submitted an application for leave to proceed *in*

18   *forma pauperis* without a certified copy of his trust account statement for the six months

19   immediately preceding the filing of the action, or the institutional equivalent. *See* 28 U.S.C.

20   § 1915(a)(2).  On September 28, 2007, the court gave plaintiff 30 days to submit a certified copy

21   of his trust account statement for the six-month period immediately preceding the filing of the

22   complaint and warned him that failure to do so would result in a recommendation that this action

23   be dismissed.

24       The 30-day period has expired and plaintiff  has not submitted a copy of his trust account

25   statement for the six-month period immediately preceding the filing of the complaint or

26   otherwise responded to that order.

1

1    It therefore is RECOMMENDED that this action be dismissed without prejudice.

2    These findings and recommendations are submitted to the United States District Judge

3    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

4    after being served with these findings and recommendations, any party may file written

5    objections with the court and serve a copy on all parties.  Such a document should be captioned

6    "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

7    within the specified time may waive the right to appeal the District Court's order. *Turner v.*

8    *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

9    Dated:  November 27, 2007.

10   _____

11   EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2